■ MARGARET MARINO et al., Respondents, v. VINCENT DATTALO, Appellant.—In a negligence action to recover damages for personal injuries, etc., defendant appeals from an order of the Supreme Court, Richmond County, dated August 5, 1968, which granted plaintiffs' motion for summary judgment. Order reversed, on the law, without costs, and motion denied. In our opinion, there are triable issues of fact which preclude the granting of summary judg-

ment. Brennan, Acting P. J., Benjamin, Munder, Martuscello and Kleinfeld, JJ., concur.